## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| America First Legal Foundation and Richard Grenell, | Civil Action No. 1:23-cv-3322 |
| *Plaintiffs*, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT ADMINISTRATIVE RECORD AND FOR EXTRA-RECORD DISCOVERY** |
| Alejandro Mayorkas, United States Department of Homeland Security, and Homeland Intelligence Experts Group, | |
| *Defendants*. | |

Upon consideration of the parties' arguments regarding Plaintiffs' Motion to Supplement Administrative Record and for Extra-Record Discovery, it is

**ORDERED** that Plaintiffs' Motion is **GRANTED** this _____ day of _____, 2024, for the reasons set forth in the Motion and its supporting documents.

It is ordered that the Defendants shall supplement the administrative record with all materials considered in establishing and operating the Homeland Intelligence Experts Group, and provide specific justifications for withholding any materials. The Court further orders the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and propose a joint plan for discovery.

**SO ORDERED.**

_____
United States District Judge Christopher R. Cooper